6 A.3d 1288

Lillian **FRAZIER**, Petitioner

v.

**WORKERS' COMPENSATION APPEAL BOARD (BAYADA NURSES, INC.), Respondent.**

Supreme Court of Pennsylvania.

Oct. 29, 2010.

## *ORDER*

PER CURIAM.

**AND NOW**, this 29th day of October, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Whether Section 23 of [Act 44, Act of July 2, 1993, P.L. 1990,] provides sovereign immunity from subrogation and/or reimbursement claims sought against an employee who has entered into a third[-]party settlement with a Commonwealth Party such as Southeastern Pennsylvania Transportation Authority ("SEPTA").

Additionally, we direct the parties to address the purposes and practical application of Section 23 under the Workers' Compensation Act.